IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| LEROY L. ANDERSON, III | ) | Case No. 12-36277 |
| | ) | |
| Debtor | ) | Chapter 7 |
| -------------------------------------------------- | ) | -------------------------------------------------- |
| | ) | |
| LORA B. ANDERSON, Executrix of the | ) | |
| Estate of Leroy L. Anderson, Jr., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| LEROY L. ANDERSON, III | ) | No. 13-03027 |
| | ) | |
| Defendant | ) | |

**CONSENT ORDER SUBSTITUTING PARTY PLAINTIFF AND
DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

Before the Court is the motion of Lora B. Anderson, Executrix of the Estate of Leroy L. Anderson, Jr., filed August 13, 2013 as document 17 herein, to be substituted as party plaintiff in this adversary proceeding replacing Leroy L. Anderson, Jr., deceased May 23, 2013.

It appearing that the Defendant consents to this relief, as evidenced by the endorsement of this order by counsel for the Defendant, the Court ORDERS that the motion to substitute party plaintiff is GRANTED and the style of this case shall henceforth be "Lora B. Anderson, Executrix of the Estate of Leroy L. Anderson, Jr., Plaintiff v. Leroy, L. Anderson, III, Defendant, per the style of this order set out above."

Order proposed by:

W. R. Baldwin, III, Esq. (VSB #16988)
Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA 23226
Counsel for the Defendant

And the Plaintiff, having determined after conducting discovery sufficient for the purpose it is proper to do so, the Defendant consenting, upon the joint request of the parties the Court FURTHER ORDERS that the complaint in this adversary proceeding is DISMISSED WITH PREJUDICE, the parties to bear their own costs.

Date: _____, 2013

                                                      _____
                                                      Kevin R. Huennekens
                                                      United States Bankruptcy Judge

                                                      Entered on Docket: _____

We ask for this:

      /s/ Glen M. Robertson                     [(by W. R. Baldwin, III with permission from
Glen M. Robertson, VSB# 30161               Glen M. Robertson based on  e-mail]
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757) 497-6633
Email:  grobertson@wolriv.com
Counsel for Lora B. Anderson, Executrix of
the Estate of Leroy L. Anderson.

      /s/ W. R. Baldwin, III
W. R. Baldwin, III, VSB #16988
Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:  (804) 285-7779
Email:  billbaldwin@comcast.net
billbaldwin@mthblaw.com
Counsel for Leroy L. Anderson, III

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

      /s/ W. R. Baldwin, III

PARTIES TO RECEIVE COPIES

Via ECF:

Glen M. Robertson, Esq.
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

W. R. Baldwin, III, Esq.
Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA  23226

Sherman B. Lubman, Esq.
Chapter 7 Trustee
P.O. Box 5757
Glen Allen, VA 23058

Copy mailed to:

Leroy L. Anderson, III
30 Bellona Arsenal Road
Midlothian, VA 23113